THIRD DISTRICT—JUNE, 1916.        427

Burrell Eng. Const. Co. v. Pekin Farm. Grain Co., 201 Ill. App. 427.

Burrell Engineering & Construction Company, Appellant, v. Pekin Farmers' Grain Company, Appellee.

(Not to be reported in full.)

Appeal from the Circuit Court of Tazewell county; the Hon. JOHN M. NIEHAUS, Judge, presiding. Heard in this court at the April term, 1916. Reversed and remanded. Opinion filed June 10, 1916.

## Statement of the Case.

Action by Burrell Engineering and Construction Company, plaintiff, against Pekin Farmers' Grain Company, defendant, to recover compensation for architectural plans prepared by the plaintiff for the defendant. From a judgment for defendant, plaintiff appeals.

CURRAN & DEMPSEY, for appellant.

FRANK J. WILKINS, for appellee.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

## Abstract of the Decision.

ARCHITECTS AND ENGINEERS—*when instruction on burden of proof erroneous.* Where, in an action to recover compensation for the preparation of architectural plans for a building, the defendant set up that the plaintiff had agreed to release its claim in consideration that it be allowed to bid on the building to be erected under other plans and that it had so bid, *held* that an instruction that if the evidence bearing on the case was evenly balanced or preponderated in favor of the defendant the plaintiff could not recover, was reversible error, as the burden of proof of the release was on the defendant.